GEORGIA,
Chatham Co.
JAN. 1806.

State
vs.
Stewart.

*Minutes of Superior Court, letter F. p.* 158.

### The STATE *vs.* JOHN STEWART.

It being stated by the attorney general that an affidavit and a replevin bond thereupon of the said *John Stewart*, in the case of *Joseph Welcher*, administrator of the estate and effects of *Elizabeth Shick*, deceased, which affidavit and replevin are filed among the records of the inferior court, and are essential evidence on a bill of indictment to be preferred against the said *John Stewart* for perjury. Whereupon it is ordered, that the clerk of the inferior court do deposit with the attorney general the said documents, to be used as evidence aforesaid.